September 3, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF
E.A.

NO. 14-14-00980-CV

_____

This cause, an appeal from the order for temporary in-patient mental health services and the order to administer psychoactive medication, signed December 8, 2014, was heard on the transcript of the record. We have inspected the record and find error. We therefore order the orders of the court below **REVERSED** and **RENDER** judgment denying the applications for court-ordered temporary mental health services and for court-ordered psychoactive medication.

We further order that all costs incurred by reason of this appeal be paid by appellee, The State of Texas.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.